UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In-RE: Nancy Leo Earwood

Case: 13

11-63076

## NOTICE OF CREDITOR ADDRESS CHANGE

The creditors in the above entitled case do hereby request that the mailing/payment address listed in the above stated case be changed;

FROM:

Vantium Capital, inc.

7880 Bent Branch

Suite 150

Irving, Texas 75063

TO:

Vantium Capital, inc.

18451 Dallas North Parkway

Suite 100

Dallas, Texas 75287

Date: 10/02/2015

/s/ Juvonda Childs
Creditor Signature

Juvonda Childs
469-941-6403